UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12 MISC 00228

THE SLEEP BETTER STORE, LLC,

                Plaintiff,

- against -

OGILVY PUBLIC RELATIONS WORLDWIDE, INC.,

                Defendant.

Civil Action No.:

**NOTICE OF MOTION TO COMPEL**

RECEIVED
U.S.D.C. S.D.N.Y.
CASHIERS

      **PLEASE TAKE NOTICE** that upon the annexed Affidavit of Keiko L. Sugisaka, sworn to June 29, 2012 with exhibits thereto, and the accompanying Memorandum of Law, Plaintiff The Sleep Better Store, LLC ("Sleep Better") by their attorneys Nixon Peabody LLP, shall move the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by this Court, for an order pursuant to Fed. R. Civ. P. § 37(a)(2) compelling the production of documents.

Dated:    July 5, 2012
           Jericho, New York

NIXON PEABODY LLP

By: _____
Joseph J. Ortego, Esq.
Brian C. Avello, Esq.
50 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Tel: 516-832-7500

*Attorneys for Plaintiff*

14053802.1

TO:

    Jennifer Tafet Klausner, Esq.
    DAVIS & GILBERT LLP
    1740 Broadway
    New York, New York 10019
    (212) 468-4800

    - and -

    Andrew S. Hansen, Esq.
    Samuel R. Hellfeld, Esq.
    Dennis E. Hansen, Esq.
    Cynthia S. Wingert, Esq.
    OPPENHEIMER WOLFF & DONNELLY LLP
    3300 Plaza VII Building
    45 South Seventh Street
    Minneapolis, Minnesota 54402
    (612) 607-7000

    *Attorneys for Defendant,*
    *Ogilvy Public Relations Worldwide, Inc.*